

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00453-CV

**CITY OF LAREDO**,
Appellant

v.

Fausto **TORRES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-000333-D1
Honorable Joe Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's July 22, 2022 "Order Denying Defendant's, City of Laredo, Plea to the Jurisdiction" is REVERSED. Judgment is RENDERED for appellant City of Laredo granting the plea to the jurisdiction and dismissing the case for lack of jurisdiction.

Costs of this appeal are assessed against appellee Fausto Torres.

SIGNED October 4, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice